DE BARY et al. v. CARTER. (Circuit Court of Appeals, Fifth Circuit. April 24, 1900.) No. 860. In Error to the Circuit Court of the United States for the Eastern District of Louisiana. On stipulation of counsel, it is agreed that this case abide the result in De Bary v. Souer (C. C. A.) 101 Fed. 425.

---

THE IRIS. (Circuit Court of Appeals, First Circuit. April 25, 1900.) No. 280. Appeal from the District Court of the United States for the District of Massachusetts. Frederic Dodge, for appellant. Eugene P. Carver, for appellees. Before COLT and PUTNAM, Circuit Judges, and ALDRICH, District Judge.

PER CURIAM. Whereas, after a hearing on the merits, a judgment was entered on this appeal on February 2, 1900 (40 C. C. A. 301, 100 Fed. 104), and afterwards, seasonably, a petition for rehearing was filed and allowed, whereby the judgment was vacated; and whereas, the matter of said petition has been fully heard on its merits, and the court is unanimously of the opinion that there is no cause for entering a judgment other than that heretofore entered as aforesaid: Therefore it is ordered, adjudged, and decreed that judgment be entered in the same terms as those in which the judgment was entered as aforesaid on said 2d day of February.

---

LEWISOHN BROS. v. ANACONDA COPPER MIN. CO. (Circuit Court of Appeals, Ninth Circuit. May 11, 1900.) No. 426. Appeal from the Circuit Court of the United States for the District of Montana. Marshall, Forbis & De Witt, for appellant. William Scallon, for appellee. Dismissed pursuant to stipulation of counsel, each party to pay its own expenses.

---

MESERVE v. HAYDEN et al. (Circuit Court of Appeals, Eighth Circuit. March 19, 1900.) No. 1,196. In Error to the Circuit Court of the United States for the District of Nebraska. C. J. Smyth, for plaintiff in error. A. E. Harvey (Amasa Cobb, G. M. Lambertson, and F. M. Hall, on the brief), for defendants in error. Before CALDWELL, SANBORN, and THAYER, Circuit Judges.

CALDWELL, Circuit Judge. The treasurer of the state of Nebraska brought this action against the receiver of the Capital National Bank of Lincoln, Neb., to recover certain moneys of the state deposited in the bank before its failure. The receiver demurred to the petition on the ground that the action could not be maintained in the name of the treasurer of the state, but that it must be brought in the name of the state, and the court sustained the demurrer. Thereupon, by leave of the court, the name of the state was substituted for that of the treasurer as the plaintiff in the action, and the cause was prosecuted to final judgment, which was affirmed at the present term of this court. McDonald v. Nebraska (at the present term) 101 Fed. 171. This writ of error, which was sued out by the treasurer of state to prevent a possible failure of justice in the event this court should hold that the state was not the proper plaintiff in the action, is therefore dismissed.

---

NATIONAL NICKEL CO. v. NATIONAL NICKEL SYNDICATE, Limited. (Circuit Court of Appeals, Ninth Circuit. May 7, 1900.) No. 606. Appeal from the Circuit Court of the United States for the District of Nevada. W. E. F. Deal, for appellee. Dismissed pursuant to the sixteenth rule. See (C. C.) 86 Fed. 486.